United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10407-mdc |
| Bernard Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Bernard Lewis, 2200 E. Venango Street, Apt. 113, Philadelphia, PA 19134-2734 |
| 14672086 | + | Cibik Law, PC, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14672097 | + | Gregg Morris, Esquire, 501 Cotporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14672099 | | Jefferson Health, PO BOX 785992, Philadelphia PA 19178-5992 |
| 14672104 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14672106 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 09 2024 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2024 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14672087 | | Email/Text: megan.harper@phila.gov | Apr 09 2024 00:08:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14672088 | | Email/Text: megan.harper@phila.gov | Apr 09 2024 00:08:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14679022 | | Email/Text: BKPT@cfna.com | Apr 09 2024 00:07:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 14672089 | + | Email/Text: bankruptcy@philapark.org | Apr 09 2024 00:08:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14672090 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2024 00:07:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 14672091 | + | Email/Text: BKPT@cfna.com | Apr 09 2024 00:07:00 | Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14672092 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2024 00:15:27 | Cws/cw Nexus, Attn: Card Services, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14672093 | | Email/Text: bankruptcycourts@equifax.com | Apr 09 2024 00:07:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14672094 | ^ | MEBN | Apr 09 2024 00:04:56 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14672096 | | Email/Text: BNSFS@capitalsvcs.com | Apr 09 2024 00:07:00 | First Savings Bank, Attn: Bankruptcy, P.O. Box 5019, Sioux Falls, SD 57117 |

Case 22-10407-mdc  Doc 34  Filed 04/10/24  Entered 04/11/24 00:30:02  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 14672095 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 09 2024 00:15:33 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14672098 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 09 2024 00:07:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14684801 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2024 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14672100 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 09 2024 00:15:26 | LVNV Funding, LLC, 6801 S. Cimarron Road, Suite 424-J, Las Vegas, NV 89113-2273 |
| 14671413 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2024 00:15:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville,, Greenville,, SC 29603-0587 |
| 14682882 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 09 2024 00:15:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14672101 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 09 2024 00:07:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14672102 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 09 2024 00:07:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14672103 | + | Email/PDF: cbp@omf.com | Apr 09 2024 00:15:33 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 14672105 | + | Email/Text: bankruptcy@philapark.org | Apr 09 2024 00:08:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14680326 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2024 00:08:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14685633 | | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2024 00:07:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14685634 | | Email/Text: bnc-quantum@quantum3group.com | Apr 09 2024 00:07:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14672107 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2024 00:15:27 | Resurgent Capital Services, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14672108 | | Email/Text: DASPUBREC@transunion.com | Apr 09 2024 00:07:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14672109 | ^ | MEBN | Apr 09 2024 00:05:00 | Velocity Investments, Llc, Attn: Bankruptcy, 1800 Route 34N, Suite 305, Wall, NJ 07719-9146 |
| 14687249 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 09 2024 00:15:27 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14672110 | ^ | MEBN | Apr 09 2024 00:04:53 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 14686913 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2024 00:08:00 | Westlake Services, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 08, 2024 | Form ID: pdf900 | Total Noticed: 37

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bernard Lewis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL I. ASSAD | on behalf of Debtor Bernard Lewis help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　BERNARD  LEWIS<br><br>　　　　　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 22-10407-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

DATE:  April 5, 2024

_____
Honorable Magdeline D. Coleman
Bankruptcy Judge